**Order filed November 10, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00594-CR
_____

**JACK M. MANISCALCO, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCR-056387**

# O R D E R

Appellant is represented by retained counsel, **Phillip Neal Slaughter.** No reporter's record has been filed in this case. Karen Woolsey, the court reporter, informed this Court that appellant had not made arrangements for payment for the reporter's record. On August 25, 2011, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

On September 29, 2011, we ordered **Phillip Neal Slaughter,** to file a brief in this appeal on or before **October 31, 2011**.  No response has been filed.  No extension of time has been filed.  No brief has been filed.

Accordingly, we order **Phillip Neal Slaughter** to file a brief with the clerk of this Court **within twenty (20)** days of the date of this order.  If **Phillip Neal Slaughter** does not timely file the brief as ordered, the Court will issue a show cause order directing him to appear before this Court on a date certain to show cause why he should not be held in contempt for failing to file the brief as ordered.  Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM

Justices Brown, Boyce, and McCally.